IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                    **CIVIL ACTION NO. 5:23-cv-00625**

**MELINDA ANN TUHUS,**

    **Defendant.**


**MOUNTAIN VALLEY PIPELINE, LLC,**

    **Plaintiff,**

v.                                      **CIVIL ACTION NO. 5:23-cv-00626**

**ROSE ZHENG ABRAMOFF,**

    **Defendant.**

## AGREED ORDER GRANTING PERMANENT INJUNCTION

On September 19, 2023, Plaintiff Mountain Valley Pipeline, LLC ("MVP") filed two Complaints against Melinda Ann Tuhus ("Tuhus") and Rose Zheng Abramoff ("Abramoff"), respectively. Upon consideration of the same, the parties have reached an agreement on the issues raised in the Complaint and, pursuant to the terms of their settlement agreement, jointly move for the entry of this Agreed Order, as follows:

    1.    It is **ORDERED** that Defendants Tuhus and Abramoff are hereby enjoined from unlawfully entering onto or otherwise unlawfully interfering with access to, or unlawfully interfering with operations on any site owned or operated by Mountain Valley Pipeline, LLC, to include any property on which MVP, and its successors and assigns, owns or otherwise maintains a right of way.

2.   All parties agree that this injunction is enforceable upon any and all property owned or operated by Mountain Valley Pipeline, LLC, and its successors and assigns, in the United States.

3.   Upon entry of this Stipulated Order, this action shall be dismissed with prejudice and stricken from the docket of this Court.  This Agreed Order shall be effective upon filing of the stipulation of dismissal.

The Clerk is directed to send a copy of this order to counsel of record listed below.

**ENTERED THIS 17 DAY OF MARCH, 2025**



Frank W. Volk
Chief United States District Judge

**ORDER AGREED TO FOR PLAINTIFF:**

*/s/ Timothy M. Miller*
Timothy M. Miller (WVSB #2564)
Matthew S. Casto (WVSB #8174)
Robert M. Stonestreet (WVSB # 9370)
Jennifer J. Hicks (WVSB # 11423)
Austin D. Rogers (WVSB #13919)
Babst Calland, P.C.
300 Summers Street, Suite 1000
Charleston, WV  25301
Telephone:  681-205-8888
Facsimile:  681-205-8814
tmiller@babstcalland.com
mcasto@babstcalland.com
rstonestreet@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com
*Counsel for Mountain Valley Pipeline, LLC*

**ORDER AGREED TO FOR DEFENDANTS:**

*/s/ William V. DePaulo (w/ permission)*
William V. DePaulo, Esq. (WVSB #995)
P. O. Box 1711
Lewisburg, WV 24901
william.depaulo@gmail.com
*Counsel for Defendants*

and

Jonathan Sidney, Esq.
Climate Defense Project
PO Box 97
Forest Hill, WV 24935
jsidney@climatedefenseproject.org
*Counsel for Defendants, Admitted Pro Hac Vice*